

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Riley Canada,                              * From the 91st District Court
                                                   of Eastland County,
                                                   Trial Court No. 26560.

Vs. No. 11-24-00138-CR                           * August 29, 2025

The State of Texas,                              * Memorandum Opinion by Trotter, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.